# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| v. | |
| **GERARD LATHON SMITH** | Case Number: **3:03-CR-00022-JJB-RLB(1)** |
| | USM Number: **03929-095** |
| | **Richard M. Upton** |
| | Defendant's Attorney |

**THE DEFENDANT:**

| ☒ admitted guilt to violation of condition(s) | I and II,   of  the term of supervision. |
|---|---|
| ☐ was found in violation of condition(s) | after denial of guilt. |

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| I | "The defendant shall not commit another federal, state, or local crime." | June 26, 2014 |
| II | "The defendant shall not leave the judicial district without permission of the court or probation officer." | June 26, 2014 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**March 23, 2016**
Date of Imposition of Judgment

_(signature)_
Signature of Judge

**JAMES J. BRADY**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

March 24, 2016
Date

DEFENDANT: GERARD LATHON SMITH
CASE NUMBER: 3:03-CR-00022-JJB-RLB(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Twenty-seven months, on each count to run concurrently, with no supervision to follow. The term of imprisonment imposed by this judgment shall run concurrently with the defendant's term of imprisonment pursuant to the judgment in docket number 14-106-JJB-SCR, U.S. District Court, Baton Rouge, Louisiana.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at                       ☐ a.m.   ☐ p.m.   on

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL